822

No. 157. SMITH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Edward V. Dylla* for petitioner. ▮

No. 161. COHEN, TRUSTEE IN BANKRUPTCY *v.* JAMES TALCOTT, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Aaron Cohen, pro se,* and *Harry R. Levy* for petitioner. *Morris M. Wexler* for respondents. ▮

No. 175. PROVIDENT SECURITY LIFE INSURANCE CO. ET AL. *v.* DEPINTO ET AL.; and

No. 191. DEPINTO ET AL. *v.* PROVIDENT SECURITY LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied. *William Lee McLane* and *Nola McLane* for petitioners in No. 175, and together with *Thaddeus Rojek, Harold E. Kohn* and *William T. Coleman, Jr.,* for respondents in No. 191. *Denison Kitchel* and *John P. Frank* for respondents in No. 175 and petitioners in No. 191. Reported below: 374 F. 2d 37.

No. 182. KLIGERMAN ET AL. *v.* LYNCH, PRESIDENT OF THE SENATE OF NEW JERSEY, ET AL. Sup. Ct. N. J. Certiorari denied. *Patrick T. McGahn, Jr.,* for petitioners. *Thomas F. Connery, Jr.,* for respondents.

No. 184. RIFFE *v.* WILSHIRE OIL CO. OF TEXAS. C. A. 10th Cir. Certiorari denied. *Gerald G. Stamper* for petitioner. *Richard H. Shaw* for respondent. ▮

No. 185. COYNE, ADMINISTRATOR *v.* JOHN MOHR & SONS, INC. C. A. 3d Cir. Certiorari denied. *Edward J. Balzarini* and *Joseph W. Conway* for petitioner. *Norman J. Cowie* for respondent. ▮